# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR523 |
| v. | ) | |
| MARY E. MONIZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (§ 2255) (Filing No. 61). The document sent in by defendant is missing the signature page; however, the motion is provisionally accepted for filing on the condition that the defendant provide the court with the signature page by **August 14, 2006.**

IT IS ORDERED that the Clerk of Court will send defendant a copy of Filing No. 61 and defendant will return the document accompanied with an original copy of the missing signature page containing her signature by **August 14, 2006**.

DATED this 12th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge